No. 428, Misc. ALLEN *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted. *Paul Levenfeld* for petitioner.